UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ANGEL VINEYARD, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>GOODFELLA'S PIZZA, INC. & AARON )<br>FOX, )<br>)<br>*Defendants*. ) | Case No. 3:20-cv-441<br><br>District Judge Atchley<br>Magistrate Judge Guyton |

## **JUDGMENT**

This case came before the Court on the Motion to Dismiss and Motion to Compel Arbitration [Doc. 15] filed by Goodfella's Pizza, Inc., and Aaron Fox. The Honorable Charles E. Atchley, Jr., United States District Judge, having granted the motion,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED**.

Dated at *Chattanooga, Tennessee*, this 27th day of May, 2021.

                                          */s/ John Medearis*
                                          John Medearis
                                          CLERK OF COURT